UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY STALEY,<br><br>    Plaintiff,<br><br>    v.<br><br>AFNI, INC.,<br><br>    Defendant. | NO. CV-08-5032-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Notice of Dismissal with Prejudice (Ct. Rec. 5). Plaintiff filed an Amended Complaint on July 2, 2008. Defendant has not answered.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P 41(a)(1)(A), the above-captioned case is **dismissed** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 25th day of September, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\staley.dismiss.wpd

**ORDER DISMISSING CASE** ~ 1